UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:              _____aaaa

Chapter:              _____aaaa

Hearing Date:  _____aaaa

Judge:              _____aaaa

**ADJOURNMENT REQUEST**

1.      I, _____,

☐      am the attorney for: _____,

☐      am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _____

Current hearing date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

2.      Consent to adjournment:

☐  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____        _____
                                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☐  Granted                       New hearing date: _____        ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____        ☐  Peremptory

☐  Denied

*new.8/1/15*