UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Luis Portilla-Canizare, Debtor(s).

Case No.: 18-11435-VFP
Chapter: 7
Judge: Papalia

## NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __9/18/18__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Vacant land located at Block 13285, Lot 73, 145th Avenue, Queens, NY<br>Fair Market Value: $39,766.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Indymac Bank/Deutsche Bank National Trust Company in the approximate amount of $109,251.77. |
|---|---|

| Amount of equity claimed as exempt: | None |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11435-VFP
Luis Portilla-Canizare                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 17, 2018
                              Form ID: pdf905          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db              +Luis Portilla-Canizare,    613 Arnett St. Unit A,    Elizabeth, NJ 07202-2902
517293431       +Citibank,    PO Box 653095,    Dallas, TX 75265-3095
517293436       +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517293437       +Phelan, Hallinan, Diamond & Jones PC,    400 Fellowship Rd, Suite 100,
                  Mount Laurel, NJ 08054-3437
517293438      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: U.S. Bank National Association,    60 Livingston Avenue,
                  Saint Paul, MN 55107)
517293439       +Union County Court Special Civil Part,    2 Broad Street,    Elizabeth, NJ 07201-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:25     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:21     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517293434        E-mail/Text: cio.bncmail@irs.gov Aug 18 2018 00:15:40     Internal Revenue Service,
                  44 South Clinton Ave.,    Trenton, NJ 08601
517293432       +E-mail/Text: EBN_Notifications@OWB.com Aug 18 2018 00:16:14     Indymac Bank, FSB,
                  888 East Walnut Stree,    Pasadena, CA 91101-1895
                                                                                             TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517293435*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
517293433*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              Barbara Edwards     on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh     on behalf of Debtor Luis Portilla-Canizare yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 6