Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−11435−VFP
          Chapter:  7
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Luis Portilla−Canizare
  aka Luis Canizare, aka Luis Canizales, aka
  Luis Albeiro Portilla
  613 Arnett St. Unit A
  Elizabeth, NJ 07202

Social Security No.:
  xxx−xx−4684

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 20, 2018</u>           <u>Vincent F. Papalia</u>
                                          Judge, United States Bankruptcy Court